

## MANDATE

## Court of Appeals

## First District of Texas

NO. 01-16-00890-CV

PRAISE DELIVERANCE CHURCH, Appellant

V.

JELINIS, LLC AND HREAL COMPANY, LLC, Appellees

Appeal from the County Civil Court at Law No. 3 of Harris County. (Tr. Ct. No. 1080764).

**TO THE COUNTY CIVIL COURT AT LAW NO. 3 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 19th day of October 2017, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on August 16, 2016. After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over those issues in this appeal that challenge the county court's judgment awarding possession of the property which is commonly known as 2400 Eastex Freeway, Houston, TX 77026 to appellees Jelinis, LLC and HREAL Company LLC. Accordingly, the Court **dismisses** this portion of the appeal.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the

Court **affirms** the remaining portions of the trial court's judgment.

The Court **orders** that the appellant, Praise Deliverance Church pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 19, 2017.

Panel consists of Chief Justice Radack and Justices Keyes and Judge. Opinion delivered by Justice Judge.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 25, 2018

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

